IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTEN L. MILLER,

        Plaintiff,

v.

PAUL FINANCIAL LLC, et al.,

        Defendants.

NO. C10-5562 TEH

ORDER TO SHOW CAUSE

        Defendant OneWest Bank, FSB's motion to dismiss is currently pending before the Court and noticed for hearing on March 7, 2011. Pursuant to Civil Local Rule 7-3, Plaintiff Kristen L. Miller was required to file an opposition or statement of non-opposition by February 14, 2011. Plaintiff failed to do so.

        Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff shall show cause as to why sanctions, including possible dismissal of this case for failure to prosecute, should not be imposed for her failure to file a timely opposition. Plaintiff's show cause response shall be filed on or before **February 23, 2011.**

        2. Plaintiff shall also file opposition papers or a statement of non-opposition to the pending motion by the same date.

        3. Plaintiff's counsel shall register with the Court's electronic case filing system and file the above papers electronically.

        4. If Plaintiff fails to file a timely response to this order, then this case shall be dismissed with prejudice for failure to prosecute.

5. The March 7, 2011 hearing date is VACATED.  Upon review of any timely response by Plaintiff, the Court will determine whether to schedule a show cause hearing and/or a new reply deadline and hearing date on Defendant's pending motion to dismiss.

**IT IS SO ORDERED.**

Dated:   02/15/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT